UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIO CASERES COLINA,<br><br>Defendant. | INDICTMENT<br><br>26 Cr.<br><br>**26 CRIM 042** |

### COUNT ONE
### (Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges:

1.  On or about January 9, 2026 and on or about January 14, 2026, in the Southern District of New York and elsewhere, JULIO CASERES COLINA, the defendant, and others known and unknown, knowingly combined, conspired, confederated, and agreed together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CASERES conspired together and with others to commit armed robberies of commercial establishments, including a gunpoint robbery of a retail store in Queens, New York on or about January 9, 2026 and a gunpoint robbery of a retail store in Manhattan, New York on or about January 14, 2026.

(Title 18, United States Code, Section 1951.)

### COUNT TWO
### (Aiding and Abetting Hobbs Act Robbery)

The Grand Jury further charges:

2.  On or about January 14, 2026, in the Southern District of New York and elsewhere,

JULIO CASERES COLINA, the defendant, knowingly aided and abetted the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CASERES, the defendant, aided and abetted the commission of a gunpoint robbery of a retail store in Manhattan, New York on or about January 14, 2026.

(Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

3.    As a result of committing the offenses alleged in Counts One and Two of this Indictment, JULIO CASERES COLINA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

          (Title 18, United States Code, Section 981;
          Title 21, United States Code, Section 853; and
          Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney